IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| Juanita J. Griffin, | ) | |
| | ) | Civil Action No. 9:13-2759-TMC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Carolyn W. Colvin, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Juanita J. Griffin ("Griffin") brought this action under 42 U.S.C. § 405(g),
seeking judicial review of a final decision of the Commissioner of Social Security
("Commissioner") denying her claim for disability insurance benefits under the Social Security
Act.  This matter is before the court for review of the Report and Recommendation ("Report") of
the United States Magistrate Judge, made in accordance with 28 U.S.C. § 636 and Local Civ.
Rule 73.02 (D.S.C.).  (ECF No. 21).  The Report recommends that the Commissioner's decision
be reversed and remanded pursuant to sentence four of § 405(g) for further proceedings
consistent with the Report.  Plaintiff has not filed any objections to the Report, and on December
10, 2014, the Commissioner filed a notice of her intent not to file any objections to the Report
(ECF No. 22).

The Report has no presumptive weight and the responsibility to make a final
determination in this matter remains with this court.  *See Mathews v. Weber*, 423 U.S. 261, 270-
71 (1976).  In the absence of objections, this court is not required to provide an explanation for
adopting the Report.  *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).  Rather, "in the
absence of a timely filed objection, a district court need not conduct a de novo review, but

instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

After a thorough and careful review of the record, the court adopts the Report of the Magistrate Judge which is incorporated herein by reference.  The Commissioner's final decision is **REVERSED and REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative review as set forth in the Report.  (ECF No. 21).

**IT IS SO ORDERED.**

s/Timothy M. Cain
United States District Judge

December 12, 2014
Anderson, South Carolina